UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 22-10186-RGS

UNITED STATES OF AMERICA

v.

JAMESA RANKINS

**Verdict of the Jury**

November 1, 2023

We the Members of the Jury unanimously find the defendant Jamesa Rankins:

As to Count 1 (Theft of Government Property)

__✓__ Guilty          _____ Not Guilty

As to Count 2 (Wire Fraud on or about June 28, 2020)

__✓__ Guilty          _____ Not Guilty

As to Count 3 (Wire Fraud on or about August 16, 2020)

__✓__ Guilty          _____ Not Guilty

As to Count 4 (Wire Fraud on or about September 20, 2020)

__✓__ Guilty          _____ Not Guilty

      I certify that the above answers are the unanimous findings of the jury.

__[signature]_____   Date: __11/1/2023__
(Foreperson)