Theft of government property:
  Third requirement:
Can you clarify whether the "intent of depriving" is satisfied if the defendant purely is selfish or greedy? For example, if the defendant believed that money was ~~infinite~~ infinite, or if there was no real victim, does that still show "intent of depriving"?

Sharon Galvin

EXHIBIT
Jury Question
A